**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Melissa Rodriguez | CASE NO.: 12–13135–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0896 | CHAPTER: 13 |

---

**NOTICE OF REQUIREMENT TO FILE A**
**CERTIFICATION OF COMPLETION OF COURSE IN**
**PERSONAL FINANCIAL MANAGEMENT**
**(Official Form 423)**

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, you are required to file with the Court a statement of completion of a course concerning personal financial management (Official Form 423), unless the course provider has notified the court that you have completed the course, before an Order of Discharge can be issued. Official Form 423 must be filed in a chapter 13 case no later than the date when the last payment was made by the debtor (as required by the plan) or the filing of a motion for discharge under section 1328(b). In a joint debtor case, each debtor should complete and file a separate Official Form 423. If you do not file this statement before the date on which you would otherwise be entitled to receive a discharge, your case may be closed without the issuance of a discharge. If you subsequently file a Motion to Reopen the Case to allow for the filing of this statement, you must pay the full case reopening fee of $235.

Official Form 423 can be accessed at:
www.uscourts.gov/forms/bankruptcy–forms.


Dated: September 11, 2017                                              Vito Genna
                                                                       Clerk of Court